864 A.2d 1200

**Gregory DUNBAR, Appellant,**

v.

**PA. DEPARTMENT OF CORRECTIONS,**
**Secretary Jeffrey Beard, Appellees.**

Supreme Court of Pennsylvania.

Dec. 28, 2004.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of December, 2004, probable jurisdiction is noted and the order appealed is affirmed.